No. 558, Misc. GRAY *v*. KEENAN, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied. Petitioner *pro se*. *Edward C. Boyle* for respondent.

No. 607, Misc. HADLEY *v*. OREGON. Supreme Court of Oregon. Certiorari denied. Petitioner *pro se*. *Thomas W. Hansen* for respondent.

No. 637, Misc. STRADER *v*. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 649, Misc. BIFIELD ET AL. *v*. HALBERT, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 672, Misc. BRANCH *v*. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 675, Misc. TORRES *v*. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 679, Misc. TURNER *v*. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.

No. 680, Misc. BATES *v*. CALIFORNIA. Supreme Court of California. Certiorari denied. *Ruth Jacobs* for petitioner. *Stanley Mosk*, Attorney General of California, *William E. James*, Assistant Attorney General, and *Norman H. Sokolow*, Deputy Attorney General, for respondent.